SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**CASSADY A. ADAMS, COB #48807**
Cassady.Adams@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-mj-00181** |
| **v.** | **GOVERNMENT'S EXHIBIT LIST FOR IDENTITY HEARING** |
| **JOHNNY CASTILLO,** | |
| **Defendant.** | |

The United States of America hereby submits the following exhibit list for the

identity hearing in this case.

| Exhibit | Description |
|---|---|
| 1 | Police Reports for Felon in Possession Case |
| 2 | Bodycam From Offense (10/13/2020) |
| 3 | Bodycam of Defendant Interview (10/23/2020) |
| 4 | Screenshot of Defendant in Ambulance (10/13/2020) |
| 5 | Screenshot of Defendant's Partner (10/13/2020) |
| 6 | Screenshot of Defendant (10/23/2020) |
| 7 | Screenshot of Defendant and Male (10/23/2020) |
| 8 | Screenshot of Defendant and Male (10/23/2020) |
| 9 | Social Media Photo of Defendant |
| 10 | Social Media Photo of Defendant 2 |
| 11 | Booking Photo of Defendant's Brother |
| 12 | Booking Photo of Defendant (7/13/2026) |
| 12a | Booking Photo of Defendant (without caption) (7/13/2026) |
| 13 | Photo of Defendant from Law Enforcement Database |

**Government's Exhibit List**                                                                 **Page 1**

The government respectfully reserves the right to offer additional exhibits as may be necessary during the hearing in this case.

Dated: July 16, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Cassady A. Adams*
CASSADY A. ADAMS, COB #48807
Assistant United States Attorney